| | |
|---|---|
| 1 | KEITH M. WHITE #188536<br>COLEMAN & HOROWITT, LLP |
| 2 | Attorneys at Law<br>499 W. Shaw Avenue, Suite 116 |
| 3 | Fresno, California 93704<br>Telephone: (559) 248-4820 |
| 4 | Facsimile: (559) 248-4830 |
| 5 | Attorneys for Defendants,<br>AMGRO FARM SERVICES, INC., dba |
| 6 | AMGRO FERTILIZER & FARM SUPPLY;<br>EDWARD HAU LIU Trustee of the LIU AND |
| 7 | GIP FAMILY TRUST dated November 5, 2016;<br>ANNA PHANSU GIP, Trustee of the LIU AND |
| 8 | GIP FAMILY TRUST dated November 5, 2016 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMGRO FARM SERVICES, INC., dba<br>AMGRO FERTILIZER & FARM SUPPLY;<br>EDWARD HAU LIU, Trustee of the LIU<br>AND GIP FAMILY TRUST dated November<br>5, 2016; ANNA PHANSU GIP, Trustee of the<br>LIU AND GIP FAMILY TRUST dated<br>November 5, 2016;<br><br>　　　　　　Defendants. | Case No. 1:18-CV-00371-LJO-SAB<br><br>**STIPULATION TO CONTINUE TIME TO RESPOND TO COMPLAINT AND CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

WHEREAS, the responsive pleadings of Defendants AMGRO FARM SERVICES, INC., dba AMGRO FERTILIZER & FARM SUPPLY; EDWARD HAU LIU, Trustee of the LIU AND GIP FAMILY TRUST dated November 5, 2016; ANNA PHANSU GIP, Trustee of the LIU AND GIP FAMILY TRUST dated November 5, 2016; (collectively "Defendants"), are due May 23, 2018;

WHEREAS, the Mandatory Scheduling Conference in this matter is currently set for June 19, 2018;

1

1. WHEREAS, counsel for Defendants represent they were only recently retained and have arranged for an inspection of the property by a Certified Access Specialist on Friday, May 25, 2018; and believe the results of that inspection will facilitate an information resolution of this matter;

WHEREAS, counsel for the Parties have a well-established relationship and have frequently resolved matters of this type promptly and without the intervention of the Court; and believe the same is likely to be accomplished here;

WHEREAS, the Parties previously stipulated to extend Defendants' responsive pleading deadline to May 23, 2018 (Dkt. 7), but now wish to conserve attorneys' fees as well as the Court's resources with a matter that will likely be informally resolved;

NOW THEREFORE, the Parties hereby stipulate as follows:

WHEREAS, Plaintiff JOSE ACOSTA ("Plaintiff") and Defendants wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings, as well as preparing for and attending the scheduling conference as currently scheduled;

WHEREAS, the parties wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that will likely be informally resolved;

NOW THEREFORE, Plaintiff JOSE ACOSTA through his attorney of record and Defendants AMGRO FARM SERVICES, INC., dba AMGRO FERTILIZER & FARM SUPPLY; EDWARD HAU LIU, Trustee of the LIU AND GIP FAMILY TRUST dated November 5, 2016; ANNA PHANSU GIP, Trustee of the LIU AND GIP FAMILY TRUST dated November 5, 2016; through their attorney of record, hereby stipulate as follows:

1. That Defendants' time to respond to the Complaint be extended to June 27, 2018, which extension exceeds 28 days from the initial deadline; and

2. That the Mandatory Scheduling Conference that was scheduled by the Court for June 19, 2018 at 9:00 a.m. be continued to a date after July 18, 2018, at the Court's convenience.

/ / /

| | | |
|---|---|---|
| Dated: May 22, 2018 | | MISSION LAW FIRM, A.P.C. |

By: /s/ *Zachary M. Best*
ZACHARY M. BEST
Attorneys for Plaintiff
JOSE ACOSTA

Dated: May 22, 2018                           COLEMAN & HOROWITT, LLP


By:   /s/ Keith M. White
KEITH M. WHITE
Attorneys for Defendants
AMGRO FARM SERVICES, INC., dba
AMGRO FERTILIZER & FARM SUPPLY;
EDWARD HAU LIU Trustee of the LIU AND GIP FAMILY TRUST dated November 5, 2016; ANNA PHANSU GIP, Trustee of the LIU AND GIP FAMILY TRUST dated November 5, 2016

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants may have to and including to June 27, 2018, within which to file their responsive pleading.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for June 19, 2018 at 9:00 a.m. is continued to August 14, 2018 at 10:30 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone. The parties are directed to file their joint scheduling report no later than seven (7) days prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated: **May 23, 2018**

UNITED STATES MAGISTRATE JUDGE