# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMGRO FARM SERVICE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00371-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>AUGUST 20, 2018 DEADLINE |

On July 20, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 10.)

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file dispositional documents on or before August 20, 2018; and
2. All pending matters and dates are VACATED.

IT IS SO ORDERED.

Dated: __**July 23, 2018**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1